UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HERNANDEZ, | ) NO. CV 11-8266 PA (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| FRANK CHAVEZ, Warden, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 14, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE